**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JAMAL BENNETT, CHRISTOPHER WHITE, QURAN GEDDY, TYREEK ROBINSON, RASHAUN FLEMING, QUINTON WILSON, LAMONT CRADEL JR., STEPHEN WANAMAKER, DERREK JOHNSON, SHAHEED GINDRAW, JAHMERE JOHNSON, IKEEM FOGAN, DAVID LOPEZ, A. FRIED, RAHNELL COTTON (ALL INDIVIDUALS HELD ON BAIL HE CANNOT AFFORD), | : No. 2 MM 2022 |
| Petitioners | |
| v. | |
| ARRAIGNMENT COURT MAGISTRATES OF LYCOMING COUNTY PA. OF THE COMMONWEALTH OF PA., | |
| Respondents | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of April, 2022, the Petition for Writ of Mandamus is DENIED.